Entered: April 17, 2012
Signed: April 17, 2012

**SO ORDERED**

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
**at Baltimore**

---

**In re: Case No.: 01−55283 − DK Chapter: 7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George R. Wentz Jr.
*debtor has no known aliases*
18570 SW 294th Terrace
Miami, FL 33030

Social Security No.: xxx−xx−8834

Employer's Tax I.D. No.:

---

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 4/4/01.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Lori S. Simpson is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec − *jgladysiewski***

**End of Order**